UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:19CR049 |
| | ) | |
| Plaintiff(s), | ) | JUDGE PATRICIA A. GAUGHAN |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| | ) | |
| JEANNE GEORGE, | ) | |
| | ) | |
| Defendant(s). | ) | |

This matter is before the Court upon Magistrate Judge William H. Baughman's Report and Recommendation that the Court ACCEPT defendant Jeanne George's ("defendant") plea of guilty and enter a finding of guilty against defendant. (Doc. No. 150.)

On January 29, 2019, the government filed an indictment against the defendant. (Doc. No. 1.) On September 4, 2019, Judge Solomon Oliver issued an order assigning this case to Magistrate Judge Baughman for the purpose of receiving defendant's guilty plea. (Doc. No. 134.)

On September 20, 2019, a hearing was held in which defendant entered a plea of guilty to Counts 82 and 83 of the Indictment, each charging her with Use of a Communication Facility in Furtherance of a Drug Trafficking Crime in violation of 21 U.S.C. Section 843(b) and 18 U.S.C Section 2. Magistrate Judge Baughman received defendant's guilty plea and issued a Report and Recommendation ("R&R") recommending that this Court accept the plea and enter a finding of guilty. (Doc. No. 150.)

On October 24, 2019, the Government's Motion to Reassign Defendant Jeanne George to the docket of Chief Judge Patricia A. Gaughan was granted by Judge Solomon Oliver with the

concurrence of Chief Judge Patricia A. Gaughan. (Doc. No. 168). On October 25, 2019, defendant Jeanne George was transferred to the docket of Chief Judge Patricia A. Gaughan.

Neither party objected to the Magistrate Judge's R & R in the fourteen days after it was issued. Upon de novo review of the record, the Magistrate Judge's R&R is ADOPTED. Specifically, the Court finds as follows: that the defendant is competent to enter a plea, that she understands her constitutional rights, that she is aware of the consequences of entering a plea, and that there is an adequate factual basis for the plea. The Court further finds that the plea was entered knowingly, intelligently, and voluntarily. Accordingly, the defendant's plea of guilty is APPROVED.

Therefore, the defendant is adjudged guilty of Counts 82 and 83 of the Indictment in violation of 21 U.S.C. Section 843(b) and 18 U.S.C. Section 2 Use of a Communication Facility in Furtherance of a Drug Trafficking Crime. The sentencing is set **January 7, 2020 at 11:30 a.m.**

IT IS SO ORDERED.

*/s/Patricia A. Gaughan*
PATRICIA A. GAUGHAN
UNITED STATES DISTRICT COURT
CHIEF JUDGE

DATED: 10/29/19